

# Fourth Court of Appeals
## San Antonio, Texas

October 30, 2018

No. 04-18-00575-CV

Charles Victor **WILLIAMS**,
Appellant

v.

Scott **STILES**, et al.,
Appellees

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-06819
Honorable Norma Gonzales, Judge Presiding

## O R D E R

On October 10, 2018, we issued an opinion and judgment dismissing this appeal for want of prosecution based on appellant's failure to pay the filing fee for the appeal. *See* TEX. R. APP. P. 42.3(b). Appellant thereafter paid the $205 filing fee on October 24, 2018 and requested reinstatement of the appeal, citing oversight by his counsel. Accordingly, on our own motion, we WITHDRAW our prior opinion and judgment issued on October 10, 2018 and REINSTATE this appeal on our docket. *See* TEX. R. APP. P. 19.1 (court of appeals' plenary power).

It is ORDERED that appellant provide written proof to this court **within ten (10) days** from the date of this order that either a written request has been made for preparation of the reporter's record from Court Reporter Mary Scopas pursuant to TEX. R. APP. P. 34.6(b)(1), and the court reporter's fee has been paid or arrangements have been made to pay the court reporter's fee; or appellant is entitled to appeal without paying the court reporter's fee. If appellant fails to respond within the time provided, the appeal will be considered without the benefit of a reporter's record.

It is so ORDERED on October 30, 2018.

PER CURIAM

ATTESTED TO: _____
KEITH E. HOTTLE, Clerk of Court